UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**VIRGINIA EBANKS,**

      **Plaintiff,**

v.

      Case No.: 2:21-cv-14110-KMM

**PHILLIPS & COHEN ASSOCIATES, LTD.,**

      **Defendant.**

_____

**JOINT DISCOVERY STATUS REPORT**

    **a) what discovery has been propounded by each party;**

Plaintiff has issued written discovery requests to Defendant.

    **b) whether the discovery requests have been answered;**

Defendant's responses to Plaintiff's discovery requests are due on September 3, 2021.

    **c) the status of depositions, including:**

        **1. the number of depositions already taken;**

        None

        **2. the number of remaining depositions and whether they have been scheduled; and**

        The Parties anticipate that a 30b6 deposition and the deposition of Plaintiff will be conducted.

        **3. an explanation of any delay in scheduling the remaining depositions;**

        The Parties have been involved in settlement discussions and prior to expending fees and time preparing for Depositions, have been attempting to resolve the matter.

    **d) the status of expert disclosures;**

The parties have not made any expert disclosures.

**e) whether there are any outstanding discovery disputes;**

There are not any outstanding discovery disputes.

**f) whether the parties believe that a discovery status conference is needed and whether it may be canceled; and**

The parties do not believe the discovery status conference is needed at this time. The parties are amicably working together on discovery.

**g) whether the parties can certify that all discovery will be completed by the discovery deadline.**

The current discovery deadline of October 11, 2021 should serve as an adequate deadline to complete all discovery.

Date: August 24, 2021

| | |
|---|---|
| */s/ Alejandro E. Figueora* <br> Alejandro E. Figueroa, Esq. <br> Florida Bar No. 1021163 <br> Sulaiman Law Group, Ltd. <br> 2500 S. Highland Ave, Suite 200 <br> Lombard, IL 60148 <br> Telephone: (630) 575-8181 <br> Facsimile: (630) 575-8188 <br> alejandrof@sulaimanlaw.com <br> Counsel for Plaintiff | */s/ Gillian Williston* <br> Gillian Williston, FBN: 14270 <br> TROUTMAN PEPPER <br> HAMILTON SANDERS LLP <br> 222 Central Park Avenue, Suite 2000 <br> Virginia Beach, VA 23462 <br> Telephone: (757) 687-7517 <br> Facsimile: (757) 687-7510 <br> E-mail: gillian.williston@troutman.com <br><br> *Counsel for Defendant Phillips & Cohen Associates, Ltd.* |