UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

VIRGINIA EBANKS,

        Plaintiff,

v.                                CASE NO.: 2:21-CV-14110-KMM

PHILLIPS & COHEN ASSOCIATES, LTD.,

        Defendant.
_____/

## NOTICE OF MEDIATION

Plaintiff, VIRGINIA EBANKS hereby provides notice to the Court that a mediation conference before James R. Betts, Esq. has been scheduled for November 22nd 2021.

Dated: September 30, 2021                      Respectfully submitted,

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa, Esq.
Florida Bar No. 1021163
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
alejandrof@sulaimanlaw.com
*Counsel for Plaintiff*

1